**Daniel Johnson WILLIS,**
**Petitioner-Appellant,**

v.

**TOWN OF TRENTON, NORTH CAR-OLINA; Darlene Spivey, as Mayor; Dal Wooten, as former Town Council; Sheri M. Davenport, as former Town Council; Christopher C. Henderson, as former Town Council; Charles C. Jones, as Town Council Member; Danny Horvath, as Town Council Member; Glenn Spivey, as Town Clerk; Claire Lynn, and others, associated with the Town of Trenton; Ann Brock, and others, associated with the Town of Trenton; Carol Hood, and others, associated with the Town of Trenton; Judge M. J. Howard, United States District Court, Eastern Division, North Carolina; Clerk Patricia S. Connor, Court of Appeals for the Fourth Circuit, and/or their successors, Respondents-Appellees.**

No. 17-1203

United States Court of Appeals,
Fourth Circuit.

Submitted: May 23, 2017

Decided: May 25, 2017

Daniel Johnson Willis, Appellant Pro Se.

Before KING, AGEE, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Johnson Willis appeals the district court's order denying his motion for leave to file a civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Willis v. Town of Trenton, NC*, No. 4:16-mc-00003-BO (E.D.N.C. Feb. 3, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*